**Emile JACKSON, Cortland Keith Callup and St. Louis Fire and Marine Insurance Co.**

**No. 49030.**

Feb. 2, 1968.

Writ refused. There appears no error of law in the judgment complained of.

YARRUT, J., recused.

■

206 So.2d 93

**Milton BROWN**

v.

**LEONARD CONSTRUCTION COMPANY.**

**No. 49032.**

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

YARRUT, J., recused.